IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITY OF SANDY SPRINGS, | ) | |
| a political subdivision of | ) | |
| the State of Georgia, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:10-cv-01502 |
| | ) | (Three-Judge Court) |
| ERIC H. HOLDER, JR., | ) | |
| Attorney General of the | ) | |
| United States of America, | ) | |
| | ) | |
| THOMAS E. PEREZ, | ) | |
| Assistant Attorney General, | ) | |
| Civil Rights Division, | ) | |
| | ) | |
| Defendants. | ) | |

<u>JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT AND DECREE</u>

Plaintiff City of Sandy Springs, Georgia ("Sandy Springs" or "the City") and Defendants Eric H. Holder, Jr., Attorney General of the United States, and Thomas E. Perez, Assistant Attorney General, Civil Rights Division ("the Attorney General"), through counsel, respectfully move this three-judge Court for entry of the attached Consent Judgment and Decree. As grounds for this motion, the parties would show the following:

1.    This action was initiated on September 7, 2010 by Sandy Springs against the Attorney General, pursuant to Section 4(a) of the Voting Rights Act, 42 U.S.C. § 1973b(a). In this litigation, Sandy Springs seeks to demonstrate that it meets the statutory requirements of Section 4(a), to allow for bailout from coverage under Section 4(b) of the Act, 42 U.S.C. § 1973b(b). A declaratory judgment granting bailout exempts the covered jurisdiction from the preclearance requirements of Section 5 of the Act, 42 U.S.C. § 1973c.

2.    As required by Section 4(a)(9) of the Act, 42 U.S.C. § 1973b(a)(9), the Attorney General has conducted an independent investigation of Sandy Springs to determine if it has satisfied the necessary requirements for a bailout under Section 4(a).  As a result of that investigation, and also based on information provided to the Attorney General by the City, the Attorney General has determined that Sandy Springs meets all of the requirements of Section 4(a) and has determined that the Attorney General would consent to a declaratory judgment granting bailout to the City under Section 4(a).

3.    The parties have conferred concerning a resolution of this litigation and have agreed on the terms of the attached Consent Judgment and Decree, which if entered by this Court, will grant the requested bailout to the City of Sandy Springs, Georgia.

4.    The enclosed Consent Judgment and Decree is similar to those that have been entered by three-judge courts in other declaratory judgment actions brought in this Court under Section 4 of the Voting Rights Act.  *See, e.g., Amherst County v. Mukasey*, No. 08-0780 (D.D.C. Aug. 13, 2008); *Middlesex County v. Gonzales*, No. 07-1485 (D.D.C. Jan. 7, 2008); *Augusta County v. Gonzales*, No. 05-1885 (D.D.C. Nov. 30, 2005); *Greene County v. Ashcroft*, No. 03-1877 (D.D.C. Jan. 19, 2004); *City of Harrisonburg v. Ashcroft*, No. 02-0289 (D.D.C. Apr. 17, 2002); *City of Winchester v. Ashcroft*, No. 00-3073 (D.D.C. May 31, 2001).

5.    The parties request that this Court wait 30 days after filing of the Joint Motion for Entry of this Consent Judgment and Decree, before approving this settlement, while notice of this proposed settlement is advertised.

For the reasons above and as set forth in the attached Consent Judgment and Decree, the parties respectfully submit that this Joint Motion should be granted and the attached Consent Judgment and Decree entered.

Respectfully submitted,

For Plaintiff, City of Sandy Springs, Georgia:

For the Defendant, ERIC H. HOLDER, JR.:

THOMAS E. PEREZ
Assistant Attorney General
Civil Rights Division

RONALD C. MACHEN JR.
United States Attorney
District of Columbia

**/s/ Jason Torchinsky**

**/s/ Ali Ijaz Ahmad**

JASON TORCHINSKY
Holtzman Vogel PLLC
45 North Hill Drive, Suite 100
Warrenton, VA 20186
Phone: (540) 341-8808
DC Bar No. 976033
jtorchinsky@holtzmanlaw.net

Douglas Chalmers, Jr., Pro Hac Vice
FSB FisherBroyles, a Limited Liability Partnership
The Pinnacle Building, Fifth Floor
3455 Peachtree Road NE
Atlanta, GA 30326
Phone: (770) 630-5927
chalmers@fsblegal.com

T. CHRISTIAN HERREN, JR.
TIMOTHY MELLETT
timothy.f.mellett@usdoj.gov
DC Bar No. 430968
ALI IJAZ AHMAD
ali.ahmad@usdoj.gov
DC Bar No. 976015
Attorneys, Voting Section
Civil Rights Division
United States Department of Justice
Room 7254 - NWB
950 Pennsylvania Ave., NW
Washington, DC  20530
Phone: (202) 305-0015
Fax:    (202) 307-3961

3